UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIR BEDAGHI,<br><br>Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ; and BRUCE SCOTT,<br><br>Respondents. | C26-2640 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed Petitioner Amir Bedaghi's letter to the Court in which he writes, "[T]he next thing that is worth noting is when I want to use (fee-waiver) is not solely because of 5 dollars on itself actually I have 5 $ but because last time the court misleaded [sic] me and because their mistake I overpaid 300 $ Dollar I fear they do it the same mistake again and financial officer take 500 $ instead of 5 $ dollars." Letter (docket no. 4 at 2). In a letter dated July 27, 2026, the Clerk previously identified a deficiency in Petitioner's application for leave to proceed in forma pauperis: the lack of a certified copy of Petitioner's Prison Trust Account Statement. See Letter to Pet. (docket no. 2). Petitioner has not filed a certified copy of his prison trust account statement by the August 26, 2026, deadline but has admitted that he has sufficient funds to pay the filing fee.

This case cannot proceed unless the filing fee of $5 is paid. See 28 U.S.C. § 1914(a). To the extent Petitioner is concerned about more than $5.00 being withdrawn from his account to pay his filing fee, he can monitor his account and raise any concerns that arise via the appropriate channels.

Petitioner must pay the $5.00 filing fee by September 30, 2026, or the Court will dismiss this case without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to Petitioner pro se.

Dated this 1st day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk